

**JOE D. GONZALES**
BEXAR COUNTY CRIMINAL DISTRICT ATTORNEY
PAUL ELIZONDO TOWER
101 W. NUEVA
SAN ANTONIO, TEXAS 78205
(210) 335-2311

July 21, 2020

**Bexar County Clerk**
**100 Dolorosa, Suite 104**
**San Antonio, Texas 78205**

**Bexar County District Clerk**
**101 West Nueva, Suite 217**
**San Antonio, Texas 78205**

**United States District Court Clerk**
**Western District of Texas**
**655 East Cesar E. Chavez Boulevard, Room G65**
**San Antonio, Texas 78206**

     RE: Vacation Letter: Civil Action No. 5:19-cv-00549-JKP
        Medrano et al v. Javier Salazar et al

Dear Sir or Madam:

I will be out of the office from July 27, 2020 through August 7, 2020. I ask for your assistance in not scheduling matters during this time in cases for which I am attorney of record. Thank you for your courtesy and attention to the above.

By copy of this letter, opposing counsel and parties have been copied.

        Sincerely,

        <u>/s/ Pamela Bell</u>
        PAMELA BELL
        Assistant District Attorney, Civil Section
        101 W. Nueva St., 7th Floor
        San Antonio, Texas 78205
        Phone: 210.335.2170
        Fax: 210.335.2773
        pamela.bell@bexar.org

cc:

Jeanie Lee Cupit
Judith K. Wemmert
*Via E-service*: Jeanie@jeaniecpitlaw.com; cheesehead8610@yahoo.com

Martin Golando
*Via CM/ECF:* Martin.golando@gmail.com

Merideth Q. McEntire
Josh Sanford
*Via CM/ECF*: Merideth@Sanfordlawfirm.com; Josh@Sanfordlawfirm.com

Millie L. Thompson
*Via CM/ECF*: millieaustinlaw@gmail.com

Wanda Waldon
P.O. Box 2703
San Antonio, Texas 78299-2703
*Via Certified Mail*

Desi Martinez
Mark Anthony Acuna
Ricardo Rodriguez
Richard F. "Ricky" Neville, IV
*Via E-Service*: desi.martinez@martinez-law.com; mark.acuna@martinez-law.com; rick.rodriguez@martinez-law.com; ricky.neville@martinez-law.com