UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JASON MEDRANO,
    Plaintiff,

v.                        No. 5:19-cv-549-JKP

SHERIFF JAVIER SALAZAR AND
WARREN KENNETH PAXTON, JR.
    Defendants.

## ORDER

This matter is before the Court on *Plaintiff's Unopposed Motion for Continuance and to Stay Proceedings* (ECF No. 50). In the November 2020 election, Plaintiff's Counsel was elected to Hays County Court at Law #3. As a new judge, Counsel must attend the College for New Judges, which is scheduled for December 7-8, 2020. Thus, Counsel will be unable to represent Plaintiff at the hearing scheduled December 8, 2020. Additionally, because Counsel is a sole practitioner, Plaintiff must obtain new counsel. Plaintiff requests the Court continue the hearing and enter a brief stay to allow Plaintiff to obtain new counsel and to allow new counsel to acquaint him/herself with the pleadings, discovery, and pending motions. Defendants do not oppose the requested relief. Having reviewed the motion and upon due consideration thereof, the Court finds good cause to continue the hearing set in this matter and to grant a temporary stay.

Accordingly, it is now hereby ORDERED:

1. Plaintiff's motion, ECF No. 50, is GRANTED.

2. The hearing scheduled December 8, 2020, *see* ECF No. 44, is CONTINUED until further order of the Court.

3. This cause is hereby STAYED for a period of ninety (90) days.

4. This matter is scheduled for status conference **March 9, 2021 at 1:00 PM** via ZOOM. Any participant who has not received the Zoom invitation two business days prior to the conference must contact Magda Muzza, Courtroom Deputy, at (210) 244-5021 or Magda_Muzza@txwd.uscourts.gov. Participants unfamiliar with Zoom should test the application at least 24 hours prior to the conference.

It is so ORDERED this 2nd day of December 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE