IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JASON MEDRANO,
*PLAINTIFF*

V.                                                    Case No. 5:19-cv-549-JKP

HON. JAVIER SALAZAR,
HON. WARREN KENNETH PAXTON,
*DEFENDANTS*

### FED. R. CIV. PROC. 41
### VOLUNTARY STIPULATION OF DISMISSAL BY ALL PARTIES

TO THE HONORABLE DISTRICT COURT JUDGE PULLIAM:

NOW COMES all parties and voluntarily stipulate to the dismissal of this cause without prejudice to refile.

                                                   Respectfully Stipulated,

By: _____
Millie L. Thompson, Counsel for Plaintiff
Texas State Bar Number: 24067974
*The Law Office of Millie L. Thompson*
100 Commons Rd., Ste. 11
Dripping Springs, Texas 78620
Telephone: (512) 293-5800
Fax: (512) 682-8721
Email: millieaustinlaw@gmail.com

By: _____
Pamela Bell
Texas Bar No. 24036210
Assistant District Attorney, Civil Division

1

        101 W. Nueva Street
        San Antonio, Texas 78205
        T: (210) 335-2170
        F: (210) 335-2773
        E: pamela.bell@bexar.org

By:

*/s/ Cristina Moreno*

Cristina Moreno
Texas Bar No. 24105023
Assistant Attorney General
Office of the Attorney General
General Litigation Division
PO BOX 12548, Capitol Station
Austin, Texas 78711
T: (512) 475-4072
F: (512) 320-0667
E: cristina.moreno@oag.texas.gov

## Certificate of Service

I, Millie Thompson, do hereby certify that on this the 14th day of December 2020, a true and correct copy of this Voluntary Stipulation of Dismissal was served on all parties of record via CM/ECF efiling.

/s/ *Millie L. Thompson*
Millie Thompson, Plaintiff's Attorney

## Certificate of Conference

I, Millie Thompson, do hereby certify that I conferenced with opposing counsel Pamela Bell and Cristina Moreno on November 27-30, 2020 by email, and they are UNOPPOSED to the relief sought in this motion, as evidenced by their signatures above.

2

/s/ *Millie L. Thompson*
Millie Thompson, Plaintiff's Attorney

Case 5:19-cv-00549-JKP   Document 52   Filed 12/14/20   Page 3 of 3

/s/ *Millie L. Thompson*
Millie Thompson, Plaintiff's Attorney